IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CASE NO. 2:05-CR-131-A |
| WILLIE JAMES BOSWELL, | * | |
| Defendant. | * | |

**MOTION FOR ORDER REQUIRING
THE GOVERNMENT TO REVEAL
THE IDENTITY OF ANY CONFIDENTIAL
SOURCES OR INFORMANTS**

1. Comes now the Defendant, Willie James Boswell, by and through his attorney, and moves this Honorable Court for an Order compelling the government to reveal the identity of any confidential sources or informants who may testify against the Defendant at the trial.

2. Defendant is entitled to know the identity of any confidential informants for impeachment purposes. *U.S. v. Panton*, 846 F.2d 1335 (11th Cir. 1988).

／S／  Benjamin E. Pool
BENJAMIN E. POOL (POO008)

OF COUNSEL:
BENJAMIN E. POOL
Post Office Box 2247
Montgomery, Alabama 36102-2247
(334) 265-3528
(334) 263-2428 FAX

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the ____3rd____ day of August, 2005.

United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

Honorable Christine A. Freeman
Federal Defenders Office
201 Monroe Street, Suite 407
Montgomery, Alabama 36104

Honorable Zachary T. Collins
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104


                                                                         */S/  Benjamin E. Pool*
                                                                          BENJAMIN E. POOL