IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CASE NO. 2:05-CR-131-A |
| WILLIE JAMES BOSWELL, | * | |
| Defendant. | * | |

**MOTION TO REQURE PROSECUTION
TO REVEAL ANY AGREEMENT ENTERED
INTO BETWEEN THE GOVERNMENT AND
ANY PROSECUTION WITNESS**

Comes now the Defendant, Willie James Boswell, by and through counsel, and moves this Honorable Court to issue an Order requiring the government to reveal any agreement entered into between any law enforcement agency and any prosecution witness that could conceivably influence said witnesses' testimony on the following grounds:

1. That the credibility of said witnesses will be an important issue in the principal case, and the evidence of any understanding or agreement as to future prosecution would be relevant to such witnesses' creditability, and the trial jury is entitled to know of this.

2. That a refusal to reveal any said agreements constitutes a violation of the due process clause of the Fourteenth Amendment of the U. S. Constitution.

*/S/  Benjamin E. Pool*
BENJAMIN E. POOL (POO008)

1

OF COUNSEL:
BENJAMIN E. POOL
Post Office Box 2247
Montgomery, Alabama 36102-2247
(334) 265-3528
(334) 263-2428 FAX

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the     3rd     day of August, 2005.

United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

Honorable Christine A. Freeman
Federal Defenders Office
201 Monroe Street, Suite 407
Montgomery, Alabama 36104

Honorable Zachary T. Collins
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104

/S/ Benjamin E. Pool
BENJAMIN E. POOL