**COURTROOM DEPUTY'S MINUTES**

DATE: 8/8/05

**MIDDLE DISTRICT OF ALABAMA**

Digital Recording: 11:17 - 11:33

## PRETRIAL CONFERENCE

PRESIDING MAG. JUDGE. DELORES R. BOYD         DEPUTY CLERK: Wanda A. Robinson

CASE NUMBER:   2:05cr131-A                    DEFENDANT(S):   **Willie James Boswell**
                                                              **Tinkiewon Lashus Berry**
                                                              **Uwana Fabuim Robinson**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| A. Clark Morris | * | **Jachary Collins** |
| | | **Kevin Butler** |
| | | **Benjamin Pool** |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**         **No Problem**

❏ **PENDING MOTION STATUS:** Defendant Uwana Robinson may file a motion for one week extension of
                             Pretrial motion deadline
                   Defendant Boswell - Motion to Sever; Gov's Response due 9/9/05
                             3 Discovery Motions; Gov's Response due 9/9/05
                             M/Suppress; Deft Supporting Memo due 9/9/05
                             Gov.'s Response due 9/l6/05
                             Evidentiary Hearing 9/27/05 @ l:30

❏ **PLEA STATUS:**
         **Robinson and Berry Possible Plea**

❏ **TRIAL STATUS**         **3 days for trial**

❏ **REMARKS:**   **Court allowed 30 days to resolve case**