IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-131-A |
| | ) | |
| WILLIE JAMES BOSWELL | ) | |

### ORDER ON MOTION

Upon consideration of Defendant's *Motion to Suppress Evidence Seized from the Defendant or His Vehicle and any Statements Made by Defendant in Connection Therewith* (Doc. 32), filed August 3, 2005, it is

**ORDERED** that the Defendant shall file a supporting memorandum of law on or before **September 9, 2005.** The Government shall file a response to the motion on or before **September 16, 2005.** The *motion* is set for an evidentiary hearing at **1:30 p.m. on September 27, 2005,** in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, AL 36104. If the defendant is in custody, the United States Marshal shall produce the defendant for the hearing.

Done this 9th day of August, 2005.

                                              **/s/ Delores R. Boyd**
                                              DELORES R. BOYD
                                              UNITED STATES MAGISTRATE JUDGE