IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:05-CR-131-A |
| ) | |
| WILLIE JAMES BOSWELL ) | |

## ORDER ON MOTIONS

Upon consideration of Defendant's

> *Motion for Order Requiring the Government to Reveal the Identity of any Confidential Sources or Informants* (Doc. 33),
>
> *Motion to Require Prosecution to Reveal any Agreement Entered into Between the Government and any Prosecution Witness* (Doc. 34),
>
> *Motion Requesting Pretrial Disclosure of Demonstrative Evidence* (Doc. 35), and
>
> *Motion for Severance of Defendants Due to Unfair Prejudice* (Doc. 36), all filed August 3, 2005, it is

ORDERED that the Government shall file a response to these motions on or before **September 9, 2005.**

Done this 9th day of August, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE