PS 12C
(8/03)

# United States District Court

for

Middle District of Alabama

**RECEIVED**
2005 AUG 15 P 3: 54

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

## Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Willie James Boswell                    Case Number: 2:05CR131-A

Name of Releasing Judicial Officer: Honorable Delores R. Boyd, U.S. Magistrate Judge

Date of Release: June 1, 2005

Original Offense: Conspiracy to Possess With Intent to Distribute Cocaine, Knowingly and Intentionally Possess Marijuana and Carrying a firearm during commission of a drug trafficking crime

Type of Release: $25,000 Unsecured Appearance Bond

Date of Next Court Appearance: December 5, 2005 (Trial)

Assistant U.S. Attorney: Clark Morris                    Defense Attorney: Benjamin Pool

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition 7p: "The defendant shall refrain from any use or unlawful possession of narcotic drug and other controlled substances...." | On July 25, 2005, Boswell submitted to a drug screen which tested presumptive positive for marijuana. Boswell denied using marijuana and the specimen was sent to Scientific Testing Laboratories for further testing. Test results revealed Boswell's drug screen was positive for marijuana. |

Supervision history of defendant and actions taken by officer: The defendant had been released on bond for two months before he committed the above violation. In addition, Boswell is currently unemployed and this officer has been unable to locate him. The probation officer recommends that a warrant for Boswell's arrest be issued and that his bond be revoked.


U.S. Probation Officer Recommendation:

[X]  The term of supervision should be:
     [X]  revoked.

[ ]  The conditions of supervision should be modified as follows:

**SCANNED**

PS 12C
(8/03)

                                                                                           Respectfully submitted,

by

Kevin Poole
U.S. Probation Officer
Date: August 12, 2005

Reviewed and approved: _____
                                  Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

8/16/05
_____
Date