**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

√ INITIAL APPEARANCE
☐ BOND HEARING
☐ DETENTION HEARING
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

DATE: 8/23/05

DIGITAL Recording: 3:43 - 3:55
4:14 - 4:16

PRESIDING MAG. JUDGE: DELORES R. BOYD     DEPUTY CLERK: Wanda Robinson
CASE NO.    2:05cr131-A                   DEFENDANT NAME: Willie J. Boswell
AUSA: A. Clark Morris                     DEFT. ATTY: Benjamin Erwin Pool
                                          Type Counsel: (√)Retained; ( ) CJA; ( ) Waived; ( ) FPD
PTSO: _____                 USPO: KEVIN POOLE

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present (√) NO; ( ) YES     Name:

| | |
|---|---|
| √ | Date of Arrest 8/23/05 or ☐ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. √ Prob/Sup Rel Violator |
| ☐ | Deft First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel |
| ☐ | Financial Affidavit executed  *ORAL MOTION FOR APPT OF COUNSEL* |
| ☐ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained |
| ☐ | ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| ☑ | Detention Hearing ☐ held; ☑ set for  8/29/05 @ 3:30 |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ☐ | Release order entered. Deft advised of conditions of release |
| ☐ | BOND EXECUTED (M/D AL charges) $. |
| ☐ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ☐ | Bond not executed. Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☑ | Waiver of ☑ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ☐ | ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ☐ Set for |
| ☐ | DISCOVERY DISCLOSURE DATE: |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ☐ | WAIVER of Speedy Trial. CRIMINAL TERM: |