AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

__Middle__ DISTRICT OF __Alabama__

UNITED STATES OF AMERICA
V.

__Willie Boswell__

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: __2:05-cr-131-A__

I, __Willie Boswell__, charged in a ☐ complaint ☑ petition pending in this District __VIOLATION of PRETRIAL RELEASE__

in violation of _____, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☑ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

×__Willie Boswell__
Defendant

__8/23/05__
Date

__Ben E. Pool__
Counsel for Defendant