UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 2:05-CR-131-A |
| | ) | |
| WILLIE JAMES BOSWELL | ) | |

**ORDER**

For good cause, it is **ORDERED** that the *Government's Motion for Detention Hearing* (Doc.46, August 23, 2005) is GRANTED only to the extent of its request for a hearing.


Done this 24ᵗʰ day of August, 2005.


**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE