# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | ORDER OF TEMPORARY DETENTION |
| | ) | PENDING HEARING PURSUANT TO |
| | ) | BAIL REFORM ACT |
| v. | ) | |
| | ) | |
| WILLIE JAMES BOSWELL | ) | 2:05-CR-131-A |

## ORDER

Upon the motion of the United States (Doc.46, August 23, 2005), it is **ORDERED** that a **detention hearing is set for August 29, 2005, at 3:30 p.m.** in The Frank M. Johnson, Jr. Federal Building and United States Courthouse, Montgomery, Alabama, **in District Courtroom 4A, before the undersigned.** Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Done this 24th day of August, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE