IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-131-A |
| | ) | |
| WILLIE JAMES BOSWELL | ) | |

## **ORDER**

At his initial appearance on August 23, 2005, pursuant to his arrest on a warrant issued pursuant to a Petition to Revoke Pretrial Release Supervision (Docs.43 and 44), Defendant Willie James Boswell, appearing with counsel of record, waived preliminary examination on the Petition. After due consideration of the Petition, the court finds sufficient probable cause to support the allegations therein and, accordingly, orders that the Defendant be held in the custody of the United States Marshal and produced for his revocation/detention hearing at 3:30 p.m. on August 29, 2005, in District Courtroom 4A

Done this 24th day of August, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE