UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 2:05-CR-131-A |
| | ) | |
| WILLIE JAMES BOSWELL | ) | |

**ORDER**

At the scheduled detention hearing on August 29, 2005, the United States reported its agreement to withdraw its motion for detention in consideration for the defendant's agreement, in part, for release on electronic monitoring. By counsel of record, the defendant confirmed the agreement. Accordingly, upon consideration of this agreement and the pretrial services' officer's recommendation, the court finds, pursuant to 18 U.S.C. 3148, that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. It is, therefore, **ORDERED**

    1. that the *Government's Motion for Detention Hearing* (Doc.46, August 23, 2005) is DUE to be terminated as withdrawn to the extent of its request for detention;

    2. that the Defendant is remanded to the custody of the United States Marshal pending advice from the probation officer that telephone service at his residence has been established in a manner which will accommodate electronic monitoring; in response to such notice, the Marshal shall deliver the defendant directly to the probation officer, and he shall

execute such forms as may be deemed necessary to acknowledge his understanding of and consent to all the conditions for his pretrial supervision release, as follows:

• You shall be governed by the non-surety bond and conditions of release specified by Order filed June 1, 2005; and

• You shall participate in "Home Detention" and abide by all the requirements of this program which will include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based on his ability to pay as determined by the pretrial service officer or supervising officer. You are restricted to your residence at all times except for employment; education; religious services; or other activities as approved by the pretrial services officer or supervising officer.

Done this 30th day of August, 2005.

        **/s/ Delores R. Boyd**
        DELORES R. BOYD
        UNITED STATES MAGISTRATE JUDGE