IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:05-cr-131-A |
| | ) | |
| WILLIE JAMES BOSWELL | ) | |
| | ) | |

**RESPONSE TO MOTION REQUESTING PRETRIAL
DISCLOSURE OF DEMONSTRATIVE EVIDENCE**

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and files the instant Response to Defendant's Motion Requesting Pretrial Disclosure of Demonstrative Evidence filed on or about August 3, 2005, and this Court's Order of August 9, 2005 as follows:

Pursuant to Federal Rule of Criminal Procedure 16 and the Standing Order on Discovery in the Middle District of Alabama, the defendant is entitled to the some of the requested discovery. Specifically, the defendant is entitled to any photographs, video tapes or audio tapes that the government intends to use at trial. Such information has been provided to the defendant. Charts and diagrams are not specifically covered under the Standing Order on Discovery nor under Rule 16. Nevertheless, the government knows of no charts or diagrams that it intends to utilize at trial. Therefore, there is nothing to discover.

Respectfully submitted this the 9th day of September, 2005.

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    s/A. Clark Morris
    A. CLARK MORRIS  ASB-1613-N77A
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:05-cr-131-A |
| | ) | |
| WILLIE JAMES BOSWELL | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Benjamin E. Pool, Esquire.

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY

        s/ A. Clark Morris
        A. CLARK MORRIS
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: clark.morris@usdoj.gov