IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:05-cr-131-A |
| | ) | |
| WILLIE JAMES BOSWELL | ) | |

## RESPONSE TO MOTION REQUIRING THE GOVERNMENT TO REVEAL THE IDENTITY OF THE CONFIDENTIAL SOURCE

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and files the instant Response to Defendant's Motion Requiring the Government to Reveal the Identity of the Confidential Sources, filed on or about August 3, 2005, and this Court's Order of August 9, 2005 as follows:

Pursuant to Federal Rule of Criminal Procedure 16 and the Standing Order on Discovery in the Middle District of Alabama, the defendant is entitled to the requested discovery. Therefore, such discovery will be provided by the government.

Respectfully submitted this the 9th day of September, 2005

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

s/A. Clark Morris
A. CLARK MORRIS  ASB-1613-N77A
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-131-A |
| | ) | |
| WILLIE JAMES BOSWELL | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Benjamin E. Pool, Esquire.

    Respectfully submitted,

    s/A. Clark Morris
    A. CLARK MORRIS
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: clark. morris@usdoj.gov
    ASB-1613-N77A