IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CASE NO. 2:05-CR-131-A |
| WILLIE JAMES BOSWELL, | * | |
| Defendant. | * | |

### MOTION TO CONTINUE
### SUPPRESSION HEARING

Comes now the Defendant, Willie James Boswell, by and through his attorney, and moves to continue the suppression hearing that is scheduled for September 27, 2005, and in support thereof avers as follows:

1. The defense and the prosecution have been negotiating a plea agreement, which is ongoing.

2. It is anticipated that a plea agreement will be reached, but same has not, as yet, been confirmed in writing[1].

3. It is not anticipated that a suppression hearing will ever be necessary, as plea negotiations have gone well.

4. The trial date is December 5, 2005, and it is therefore requested that the suppression hearing be continued until some time in October 2005.

*/S/  Benjamin E. Pool*
BENJAMIN E. POOL (POO008)

---

[1] The prosecutor, the Honorable Clark Morris, is presently out of town. Further, there are still some things to be done by the Defendant that will further enhance his sentencing status.

1

OF COUNSEL:
BENJAMIN E. POOL
Post Office Box 2247
Montgomery, Alabama 36102-2247
(334) 265-3528
(334) 263-2428 FAX

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the _____23_____ day of September, 2005.

United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

Honorable Christine A. Freeman
Federal Defenders Office
201 Monroe Street, Suite 407
Montgomery, Alabama 36104

Honorable Zachary T. Collins
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104

                                                  /S/ Benjamin E. Pool
                                                  BENJAMIN E. POOL