IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-131-A |
| | ) | |
| WILLIE JAMES BOSWELL | ) | |

### **ORDER**

Pursuant to the order granting Defendant's *Motion to Continue Suppression Hearing* (Doc. 62), filed September 23, 2005, it is

**ORDERED** that the suppression hearing set at 1:30 p.m. on Tuesday, September 27, 2005 is hereby **CONTINUED to 1:30 p.m. on October 25, 2005**, in District Courtroom 4A.

Done this 26th day of September, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE