IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CASE NO. 2:05-CR-131-A |
| WILLIE JAMES BOSWELL, | * | |
| Defendant. | * | |

**MOTION FOR DEFENDANT TO BE
RELEASED FROM ELECTRONIC MINOTORING**

1.   Defendant, Willie James Boswell, was ordered to be placed on electronic monitoring on August 30, 2005.

2.   Defendant has abided by all of his conditions of electronic monitoring.

3.   The Defendant is performing services in cooperation with the United States Attorney's Office and law enforcement agencies, which would be facilitated by Defendant no longer being electronically monitored.

4.   Both the United States Attorney's Office and the law enforcement agencies have no objection to Defendant continuing on pretrial release, but without the condition of electronic monitoring.

WHEREFORE, it is respectfully requested that this Honorable Court issue an Order eliminating as a condition of release that the Defendant be electronically monitored.

*/S/   Benjamin E. Pool*
BENJAMIN E. POOL (POO008)

1

OF COUNSEL:
BENJAMIN E. POOL
Post Office Box 2247
Montgomery, Alabama 36102-2247
(334) 265-3528
(334) 263-2428 FAX

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the ___11___ day of October, 2005.

United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

Honorable Christine A. Freeman
Federal Defenders Office
201 Monroe Street, Suite 407
Montgomery, Alabama 36104

Honorable Zachary T. Collins
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104

/S/ Benjamin E. Pool
BENJAMIN E. POOL