IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:05-CR-131-A |
| ) | |
| WILLIE JAMES BOSWELL ) | |

### ORDER

Upon consideration of Defendant's unopposed *Motion for Defendant to be Released from Electronic Monitoring* (Doc. 65), filed October 12, 2005, it is

**ORDERED** that the assigned pretrial services officer, Ron Thweatt, conduct any supplemental investigation deemed appropriate to provide a recommendation to the court by October 14, 2005.

Done this 12th day of October, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE