IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:05-CR-131-A |
| ) | |
| WILLIE JAMES BOSWELL ) | |

## ORDER

After considering the pretrial services officer's response, and for good cause shown therein, it is

**ORDERED** that Defendant's unopposed *Motion for Defendant to be Released from Electronic Monitoring* (Doc. 65, October 12, 2005) is hereby GRANTED.

Accordingly, the ORDER imposing as a pretrial release condition the defendant's electronic monitoring, pursuant to the parties' stipulation (Doc. 55, August 30, 2005) is hereby VACATED.

Done this 14TH day of October, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE