IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CASE NO. 2:05-CR-131-A |
| WILLIE JAMES BOSWELL, | * | |
| Defendant. | * | |

**MOTION TO WITHDRAW**
**DEFENDANT'S MOTION TO SUPPRESS**

Comes now the Defendant, by and through counsel, and moves to withdraw his Motion To Suppress heretofore filed on August 3, 2005.

                                                /S/   Benjamin E. Pool
                                                BENJAMIN E. POOL (POO008)

OF COUNSEL:
BENJAMIN E. POOL
Post Office Box 2247
Montgomery, Alabama 36102-2247
(334) 265-3528
(334) 263-2428 FAX

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the   19   day of October, 2005.

United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

Honorable Christine A. Freeman
Federal Defenders Office
201 Monroe Street, Suite 407
Montgomery, Alabama 36104

Honorable Zachary T. Collins
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104

                                                          /S/  Benjamin E. Pool
                                                          BENJAMIN E. POOL