UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 2:05-CR-131-A |
| | ) | |
| WILLIE JAMES BOSWELL | ) | |

### ORDER ON MOTION

For good cause, it is

**ORDERED** that Defendant's *Motion to Withdraw Defendant's Motion to Suppress* (Doc. 68, filed October 19, 2005) is **GRANTED.** Accordingly, the Clerk is instructed to terminate the withdrawn *Motion to Suppress Evidence Seized from the Defendant or his Vehicle and any Statements made by Defendant in Connection Therewith* filed August 3, 2005 (Doc. 32).

Done this 20th day of October, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE