IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CASE NO. 2:05-CR-131-A |
| WILLIE JAMES BOSWELL, | * | |
| Defendant. | * | |

## NOTICE OF INTENT TO CHANGE PLEA FROM NOT GUILTY TO GUILTY

Comes now the Defendant, Willie James Boswell, by and through his attorney, and gives notice unto the Court of his intent to change his plea from not guilty to guilty.

/S/ Benjamin E. Pool
BENJAMIN E. POOL (POO008)

OF COUNSEL:
BENJAMIN E. POOL
Post Office Box 2247
Montgomery, Alabama 36102-2247
(334) 265-3528
(334) 263-2428 FAX

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the    17    day of November, 2005.

United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

1

2

Honorable Christine A. Freeman
Federal Defenders Office
201 Monroe Street, Suite 407
Montgomery, Alabama 36104

Honorable Zachary T. Collins
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104

/S/  *Benjamin E. Pool*
BENJAMIN E. POOL