IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-131-A |
| | ) | |
| WILLIE JAMES BOSWELL | ) | |

## ORDER SETTING CHANGE OF PLEA

Pursuant to the Defendant's *Notice of Intent to Change Plea From Not Guilty to Guilty,* filed on November 17, 2005 (Doc. 70), it is hereby

**ORDERED** that this case be set for proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure on **Monday, November 28, 2005, at 11:00 a.m.**, in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 18th day of November, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE