30.

| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 11/28/2005 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:53 — 11:23am |
| | COURT REPORTER: Risa Entrekin |

☐ ARRAIGNMENT     ☒ CHANGE OF PLEA     ☐ CONSENT PLEA
☐ RULE 44(c) HEARING     ☐ SENTENCING

---

PRESIDING MAG. JUDGE: DRB      DEPUTY CLERK: sql
CASE NUMBER: 2:05cr131:01      DEFENDANT NAME: Willie James BOSWELL
AUSA: Morris      DEFENDANT ATTORNEY: Ben Pool
                  Type counsel ( )Waived; (✓)Retained; ( )CJA; ( )FPD
                  ( ) appointed at arraignment; ( ) standing in for: _____
PTSO/USPO:
Interpreter present? (✓)NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:    ☐ Not Guilty
         ☒ Guilty as to:
            ☒ Count(s): 1, 3
            ☒ Count(s): 2         ☐ dismissed on oral motion of USA
                                  ☒ to be dismissed at sentencing
☒ Written plea agreement filed   ☐ ORDERED SEALED
☒ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1, 3.
☐ CRIMINAL TERM:        ☐ WAIVER OF SPEEDY TRIAL filed.
         DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
         ☐ Trial on _____; ☐ Sentencing on _____
☒ ORDER: Defendant remanded to custody of U. S. Marshal for:
         ☐ Trial on _____; or ☒ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
         ☐ Defendant requests time to secure new counsel