IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.      )<br>WILLIE JAMES BOSWELL,    )<br>TINKIEWON LASHUA BERRY,   )<br>and UWANA FABIUM ROBINSON )<br>) | CRIM. NO. 2:05cr131-A |

O R D E R

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that Forfeiture Allegation 1 and 2 are hereby stricken.

DONE this 20th day of December, 2005.

/s/ Harold Albritton
UNITED STATES DISTRICT JUDGE