IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:05-cr-131-A |
| | ) | |
| WILLIE JAMES BOSWELL | ) | |

## GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE AND CERTIFICATION OF SUBSTANTIAL ASSISTANCE PURSUANT TO § 5K1.1, UNITED STATES SENTENCING GUIDELINES

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. On the 28th day of November, 2005, Defendant entered a plea of guilty to an indictment charging a violation of Title 21, United States Code, Section 846 ( Conspiracy to Possess with the Intent to Distribute a Controlled Substance), and Title 18, United States Code, Section 924(c) (Possession of a Firearm in Furtherance of a Drug Trafficking Offense) pursuant to a plea agreement.

2. In the plea agreement, the Defendant agreed to cooperate with the Government in subsequent investigations as necessary and to waive his rights to appeal or to seek further relief under the provisions of Title 28, United States Code, Section 2255.

3. Defendant met with Drug Enforcement Administration Special Agent Neill Thompson on several occasions. During such meetings, the defendant was interviewed by Agent Thompson regarding his knowledge of drug trafficking in the Montgomery, Alabama area. Defendant gave Agent Thompson information regarding his source of

supply for his cocaine.  Moreover, Defendant told the agents to whom he was selling drugs prior to his arrest.

 4.  Defendant further made a series of controlled purchases from a person that law enforcement has under investigation.

 5.  Defendant has agreed to testify against those people about whom he gave the federal government information.

 6.  The Government is, therefore, satisfied that the Defendant is entitled to be considered for a reduction of sentence under U.S.S.G. § 5K1.1 and Title 18, U.S.C. § 3553(e), and moves this Court to reduce the applicable sentencing guideline offense level by five levels.

 Respectfully submitted this the 6th day of February, 2006.

           LEURA G. CANARY
           UNITED STATES ATTORNEY

           s/A. Clark Morris
           A. CLARK MORRIS
           Assistant United States Attorney
           One Court Square, Suite 201
           Montgomery, AL 36104
           Phone: (334)223-7280
           Fax: (334)223-7135
           E-mail: clark. morris@usdoj.gov
           ASB-1613-N77A

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:05-cr-131-A |
| | ) | |
| WILLIE JAMES BOSWELL | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Benjamin Pool, Esquire.

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    s/ A. Clark Morris
    A. CLARK MORRIS
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: clark.morris@usdoj.gov