IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:05-cr-131-A |
| | ) | |
| WILLIE JAMES BOSWELL | ) | |

**MOTION TO DECREASE DEFENDANT'S OFFENSE LEVEL
PURSUANT TO § 3E1.1(b), UNITED STATES SENTENCING GUIDELINES
(ACCEPTANCE OF RESPONSIBILITY)**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned Motion, and as reasons therefore, submits the following:

1. Defendant qualifies for a reduction in Defendant's sentence pursuant to U.S.S.G § 3E1.1(b) as Defendant assisted authorities in the investigation and prosecution of Defendant's own misconduct by timely notifying authorities of Defendant's intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the Government and this Court to allocate their resources efficiently.

2. Accordingly, pursuant to U.S.S.G § 3E1.1(b), the United States respectfully moves this Court to reduce the Defendant's offense level by one level. Combined with the two-level reduction applied to Defendant's offense level pursuant to U.S.S.G. § 3E1.1(a), a total reduction of three levels should be applied to Defendant's offense level for Defendant's acceptance of responsibility.

Respectfully submitted this the 6th day of February, 2006.

                      LEURA GARRETT CANARY
                      UNITED STATES ATTORNEY

                      s/A. Clark Morris
                      A. CLARK MORRIS
                      Assistant United States Attorney
                      One Court Square, Suite 201
                      Montgomery, AL 36104
                      Phone: (334)223-7280
                      Fax: (334)223-7135
                      E-mail: clark. morris@usdoj.gov
                      ASB-1613-N77A

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | <u>Cr. No. 2:05-cr-131-A</u> |
| | ) | |
| WILLIE JAMES BOSWELL | ) | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Benjamin Pool, Esquire.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    s/ A. Clark Morris
    A. CLARK MORRIS
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: clark.morris@usdoj.gov