# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | February 14, 2006 | AT: | 9:27 a.m. |
| DATE COMPLETED: | February 14, 2006 | AT: | 9:37 a.m. |

UNITED STATES OF AMERICA        )
                                )
vs.                             )    CR. No. 2:05cr131-WHA
                                )
WILLIE JAMES BOSWELL            )
                                )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Todd A. Brown | Benjamin E. Pool |

COURT OFFICIALS PRESENT

Jimmy Dickens, Court Reporter
Elna Behrman, Courtroom Deputy
Doug Mathis, USPO
Chris Puckett, Law Clerk

## COURTROOM PROCEEDINGS

(X)    **SENTENCING HEARING**

Sentencing commences.
The parties have reviewed the presentence report and have no objections.
The court orally GRANTS the Government's Motion for Reduction in Criminal Offense Level (Doc. #96).
The court adopts the factual statements contained in the presentence report.
The Government substantiates its facts supporting its Motion for Downward Departure.
Bench conference.
The court orally GRANTS the Government's Motion for Downward Departure (Doc. #95).
Sentence is stated.
No objections to sentence.
Sentence is imposed as stated.
Defendant waives his right to appeal.
Government orally moves to dismiss Count 2 of the Indictment.
Court orally GRANTS the motion, and Count 2 is DISMISSED.
Defendant is re-committed to the custody of the U. S. Marshal.