| | | |
|---|---|---|
| DEFENDANT: | WILLIE JAMES BOSWELL | Judgment — Page 2 of 6 |
| CASE NUMBER: | 2:05cr131-WHA-001 | |

## IMPRISONMENT

RECEIVED
2006 JUL -5 A 11: 01

UNITED
MARSHALL
MIDDLE

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**101 months**. This term consists of 41 months on Count 1 and 60 months on Count 3 to be served consecutively.

**X** The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.

**X** The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

RETURNED AND FILED

JUL -7 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  6/8/06  to  FCC Yazoo City-Low
at  Yazoo City, MS , with a certified copy of this judgment.

                                    Constance Reese
                                    ~~UNITED STATES MARSHAL~~ WARDEN

                              By    Mauli Spencer
                                    ~~DEPUTY UNITED STATES MARSHAL~~ LNG